UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSE AYALA                                              CIVIL ACTION NO.: 3:21-cv-00189

VERSUS

PATRIOT INDUSTRIES, LLC

## ORDER

CONSIDERING THE FOREGOING STIPULATION OF VOLUNTARY DISMISSAL:

IT IS HEREBY ORDERED that the above-entitled and numbered cause is hereby dismissed, without prejudice.

Signed at Baton Rouge, Louisiana, this __23rd__ day of July, 2021.

_____
JUDGE, United States District Court
Middle District of Louisiana